# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROGER LEWIS,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:12CV98** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ENVIRONMENTAL TILLAGE SYSTEMS, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's filing titled, "Evidence Requested Pursuant to July 16, 2012 Order" (Filing No. 7). The court will consider the filing a motion for extension of time to serve summons on the defendant. The filing is in response to the court's July 16, 2012, order requiring the plaintiff to show cause why the case should not be dismissed for failure to prosecute. **See** Filing No. 3. The plaintiff states formal service was delayed due to settlement attempts between the parties. The plaintiff has now sought summons, which has been issued. Accordingly, the court finds good cause exists for a short extension of time under Fed. R. Civ. P. 4m. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motion for extension of time (Filing No. 7) is granted.

2. The plaintiff has until the close of business **on August 30, 2012**, to file evidence of service.

Dated this 1st day of August, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge