IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROGER LEWIS, | ) | CASE NO. 8:12-cv-00098 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ENVIRONMENTAL TILLAGE SYSTEMS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the parties to the above entitled action, by and through their respective attorneys of record, and hereby stipulate that this matter be dismissed with prejudice, each party to pay their own costs, complete record waived.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED pursuant to the Stipulation of the parties hereto that the above captioned matter be dismissed with prejudice, each party to pay their own costs, complete record waived.

Dated this 6th day of December, 2012.

BY THE COURT:

_____
[signature]

APPROVED AS TO FORM AND CONTENT:

By: _____
Raymond R. Aranza, #18523
SCHELDRUP BLADES SCHROCK SMITH ARANZA, P.C.
222 South 15th Street
Suite 220, South Tower
Omaha, NE 68102
(866) 250-1781
(402) 346-6932 (facsimile)
raranza@scheldruplaw.com
ATTORNEYS FOR PLAINTIFF

PREPARED AND SUBMITTED BY:

John A. Svoboda, #19888
GROSS & WELCH, P.C., L.L.O.
1500 Omaha Tower
2120 S. 72nd Street
Omaha, NE 68124
(402) 392-1500
jsvoboda@grosswelch.com
ATTORNEYS FOR DEFENDANT